```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

ANTONIO YOUNG                                                    PLAINTIFF

        v.                    Civil No. 11-5272

JOHN DOE DEPUTIES RESPONSIBLE
FOR MEDICATION DISTRIBUTION at
the Washington County Detention Center                           DEFENDANTS

### ORDER

Now on this 13th day of February, 2012, comes on for consideration the **Report And Recommendation of the Magistrate Judge** (document #7), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #7) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice based on plaintiff's failure to obey the order of the Court and his failure to keep the Court informed of his current address.** Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE